IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NCAA STUDENT-ATHLETE NAME AND LIKENESS LICENSING LITIGATION,
_____/

No. M 12-08002 CW

ORDER OF REFERENCE TO MAGISTRATE JUDGE

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the discovery dispute in the above numbered case, as well as the joint stipulation requesting coordinated oral argument dates for pending motions to compel, and **all further discovery motions** filed in the above-numbered case are referred to Magistrate Judge Cousins.

Dated: 2/2/2012

CLAUDIA WILKEN
United States District Judge

cc: MagRef; NC