IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NCAA STUDENT-ATHLETE NAME AND LIKENESS LICENSING LITIGATION, _____/ | No. C 09-1967 CW<br>No. MC 11-80300 CW<br>No. MC 12-80020 CW<br><br>ORDER SETTING BRIEFING SCHEDULE FOR ANTITRUST PLAINTIFFS' MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE |

On March 8, 2012, Antitrust Plaintiffs filed a motion requesting relief from a non-dispositive pretrial order entered by a Magistrate Judge on February 27, 2012, in which the Magistrate Judge issued sanctions against Antitrust Plaintiffs related to their subpoenas requesting documents from nonparties The Big Ten Conference, The Big Ten Network and Fox Broadcasting Company and denied their motions to compel production by the nonparties.

On March 13, 2012, Fox Broadcasting Company filed an opposition to Antitrust Plaintiffs' motion for relief. On March 15, 2012, Antitrust Plaintiffs filed a reply to Fox Broadcasting Company's opposition.

Pursuant to Local Rule 72-2, the Court hereby sets a briefing schedule for this motion as follows:

The Big Ten Conference and The Big Ten Network may each file an opposition of five pages or less within five days of the date of this order. Antitrust Plaintiffs may file a reply, of three pages or less, to each opposition within three days after The Big

Ten Conference and The Big Ten Network have filed their oppositions.

The Court will decide Antitrust Plaintiffs' motion for relief on the papers.

IT IS SO ORDERED.

Dated: 3/19/2012

CLAUDIA WILKEN
United States District Judge

cc: NC

2